United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-41107
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

OSCAR RAMIREZ-MENDOZA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:02-CR-150-1
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

    The Federal Public Defender appointed to represent Oscar

Ramirez-Mendoza (Ramirez) has moved for leave to withdraw from

this direct appeal and has filed a brief as required by Anders v.

California, 386 U.S. 738 (1967).  Ramirez has received a copy of

counsel's motion and brief but has not filed a response.  Our

independent review of the brief and the record disclose no

nonfrivolous issue in this appeal.  Accordingly, the motion for

leave to withdraw is GRANTED, counsel is excused from further

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH

CIR. R. 42.2.